```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MICHIGAN
                          SOUTHERN DIVISION
```

RICK SOLOMON,

      Plaintiff,

   v.

DENNIS HALEY et al.,

      Defendants.

_____/

CIVIL NO. 05-60195

HON. JOHN CORBETT O'MEARA

### ORDER RESCINDING THE ORDER OF REFERENCE

This court will hereby rescind the order of reference to Magistrate Judge Mona Majzoub and refer all pretrial matters in the above-entitled to Magistrate Judge Virginia Morgan.

                      s/John Corbett O'Meara
                      John Corbett O'Meara
                      United States District Judge

Dated:  May 1, 2006

Copies:

**Rick Solomon**
214643
Marquette Branch Prison
1960 US HWY 41 South
Marquette, MI 49855