UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICK SOLOMON,

       Plaintiff,                                      Case No. 05-60195

v.                                          Honorable John Corbett O'Meara

DENNIS HALEY, *et al.*,

       Defendants.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE VIRGINIA M. MORGAN'S REPORT AND RECOMMENDATION AND DISMISSING CASE

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings;

IT IS HEREBY ORDERED that the Court affirms the Magistrate Judge's Report and Recommendation and dismisses plaintiff's complaint.

                                                                s/John Corbett O'Meara
                                                                 United States District Judge

Dated: August 02, 2006